UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

JORGE VILA,                                           )
BEAVER COTTAGE NORTH,                                 )
ALDERBROOK ROAD, CRANLEIGH,                           )
SURREY, GU6 8QX, ENGLAND,                             )
                                                      )
             Plaintiff,                               )
                                                      )
        v.                                            )   Civil No. _____
                                                      )
INTER-AMERICAN INVESTMENT CORPORATION,                )
1350 NEW YORK AVENUE, NW                              )
WASHINGTON, DC, 20577,                                )
                                                      )
             Defendant.                               )

---

## CERTIFICATE REQUIRED BY FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

I, the undersigned counsel of record for defendant Inter-American Investment Corporation, certify that, to the best of my knowledge and belief, there exist no parent companies, subsidiaries of the Inter-American Investment Corporation that have any outstanding securities in the hands of the public.

I further certify that the only entity affiliated with the Inter-American Investment Corporation that has any outstanding securities in the hands of the public is the Inter-American Development Bank.

I further certify that there is no publicly held corporation that owns 10 percent or more of the stock in Inter-American Investment Corporation.

These representations are made in order that the judges of this Court may determine the need for recusal.

-2-

|  |  |
|---|---|
| Sarah E. Fandell<br>Inter-American<br>  Investment Corporation<br>1350 New York Ave., N.W.<br>Washington, D.C. 20577<br>(202) 623-3947<br><br>*Of Counsel*<br><br>December 15, 2006 | Respectfully submitted,<br><br>/s/ Nancy L. Perkins<br>Nancy L. Perkins<br>D.C. Bar No. 421574<br>ARNOLD & PORTER LLP<br>555 12th Street, N.W.<br>Washington, D.C. 20004<br>(202) 942-5000<br><br>*Counsel for Defendant*<br>*Inter-American Investment Corporation* |