**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JORGE VILA,<br>Plaintiff,<br><br>v.<br><br>INTER-AMERICAN INVESTMENT CORPORATION,<br><br>Defendant. | ) | Case No. 1:06-CV-02143 (RBW) |

**JOINT MOTION FOR EXTENSION OF TIME**

COME NOW Plaintiff, Jorge Vila, and Defendant, Inter-American Investment Corporation, and hereby request that the time period for Defendant to file its first responsive pleading in this matter be extended through January 26, 2007. In support thereof, the parties state the following:

1. The Complaint in this matter was filed in the Superior Court of the District of Columbia on October 26, 2006. The case was subsequently removed to the United States District Court for the District of Columbia on Friday, December 15, 2006.

2. Pursuant to Federal Rule of Civil Procedure 81(c), the filing deadline for Defendant's first responsive pleading would be Friday, December 22, 2006.

3. Counsel for both parties agree that, in light of the seasonal holidays, it is appropriate to extend the time for filing of Defendant's first responsive pleading until January 26, 2007.

WHEREFORE the parties hereby respectfully request that the due date for Defendant's first responsive pleading in this matter be extended until January 26, 2007.

Respectfully submitted,

/s/ F. Douglas Hartnett (with consent)
F. Douglas Hartnett
D.C. Bar No. 466851
ELITOK & HARTNETT, LLC
2428 Wisconsin Ave., N.W.
Washington, D.C. 20007
(202) 965-0529
*Counsel for Plaintiff*
*Jorge Vila*

/s/ Nancy L. Perkins
Nancy L. Perkins
D.C. Bar No. 421574
ARNOLD & PORTER LLP
555 12th Street, N.W.
Washington, D.C. 20004
(202) 942-5000
*Counsel for Defendant*
*Inter-American Investment Corporation*

Dated December 19, 2006

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JORGE VILA,<br>Plaintiff,<br><br>v.<br><br>INTER-AMERICAN INVESTMENT CORPORATION,<br><br>Defendant. | ) | Case No. 1:06-CV-02143 (RBW) |

**[PROPOSED] ORDER**

Upon consideration of the Parties' Joint Motion for Extension of Time, it is hereby

**ORDERED**, that the Joint Motion for Extension of Time shall be and hereby is **GRANTED**, and it is further

**ORDERED**, that Defendant shall have until January 26, 2007, to respond to the complaint.

**SO ORDERED.**

______________________________
REGGIE B. WALTON
United States District Judge

Dated: _______________