UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JORGE VILA,<br>    Plaintiff,<br><br>v.<br><br>INTER-AMERICAN INVESTMENT<br>CORPORATION,<br>    Defendant. | Case No. 1:06-CV-02143 (RBW) |

**JOINT MOTION FOR EXTENSION OF TIME**

COME NOW Plaintiff, Jorge Vila, and Defendant, Inter-American Investment Corporation, and hereby request that the time period for Plaintiff to file its Response to Defendant's pending Motion to Dismiss in this matter be extended through February 26, 2007, and that time period for Defendant to file its Reply is extended to March 12, 2007. In support thereof, the parties state the following:

1. The Plaintiff received the Defendant's pending Motion to Dismiss on January 26, 2007.

2. Pursuant to LCvR 79(b) the filing deadline for Plaintiff's Response would be Tuesday February 6, 2007.

3. Counsel for both parties agree that, in light of the complex legal issues presented by the Defendant's Motion, it is appropriate to extend the time for filing of Plaintiff's Response until February 26, 2007, and to extend time for the Defendant's Reply until March 12, 2007.

WHEREFORE the parties hereby respectfully request that the due date for Plaintiff's Response be extended until February 26, 2007, and that the due date for Defendant's Reply be extended until March 12, 2007.

Respectfully submitted,

| | |
|---|---|
| _____/s/_____ | _____/s/_____ |
| F. Douglas Hartnett | Nancy L. Perkins (with consent) |
| D.C. Bar No. 466851 | D.C. Bar No. 421574 |
| ELITOK & HARTNETT, LLC | ARNOLD & PORTER LLP |
| 2428 Wisconsin Ave., N.W. | 555 12th Street, N.W. |
| Washington, D.C. 20007 | Washington, D.C. 20004 |
| (202) 965-0529 | (202) 942-5000 |
| *Counsel for Plaintiff* | *Counsel for Defendant* |
| *Jorge Vila* | *Inter-American Investment Corporation* |

Dated December 19, 2006

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JORGE VILA,<br>      Plaintiff,<br><br>      v.<br><br>INTER-AMERICAN INVESTMENT<br>CORPORATION,<br>      Defendant. | Case No. 1:06-CV-02143 (RBW) |

## [PROPOSED] ORDER GRANTING JOINT MOTION TO EXPAND TIME

Having read and considered the parties' Joint Motion to Expand Time for Response and Reply to the Defendant's Motion to Dismiss, the Court finds that just cause exists for granting the Motion

It is therefore:

ORDERED hat Plaintiff shall file his Response to Defendant's Motion to Dismiss no later than February 26, 2007; and

It is further ORDERED the Defendants shall file their Reply to Plaintiff's Response no later than March 12, 2007.

SO ORDERED on this _____ day of February, 2007.

_____
Reggie B. Walton
United States District Court Judge