UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JORGE VILA, </br>             Plaintiff, </br> </br>   v. </br> </br> INTER-AMERICAN INVESTMENT </br> CORPORATION, </br> </br>             Defendant. | )</br>)</br>)</br>)</br>)</br>)  Case No. 1:06-CV-02143 (RBW)</br>)</br>)</br>)</br>)</br>) |

**JOINT MOTION FOR EXTENSION OF TIME**

COME NOW Plaintiff, Jorge Vila, and Defendant, Inter-American Investment Corporation, and hereby request that the time period for Plaintiff to file its opposition to Defendant's Motion to Dismiss be extended through March 5, 2007, and that time period for Defendant to file its reply to such opposition be extended to March 26, 2007. In support thereof, the parties state the following:

1. Counsel for the parties have in good faith consulted regarding the litigation.

2. Counsel agree that the matter raises complex legal issues.

3. Plaintiff's opposition is currently due on February 26, 2007, and Defendant's reply is currently due on March 12, 2007.

4. Counsel for both parties agree that, in light of their consultations on the matter and the complexity of the issues raised in the litigation, it is appropriate to extend the time for filing of Plaintiff's opposition until March 5, 2007, and to extend the time for filing of Defendant's reply until March 26, 2007.

-2-

WHEREFORE the parties hereby respectfully request that the due date for Plaintiff's opposition be extended to March 5, 2007, and the due date for Defendant's reply be extended to March 26, 2007.

Respectfully submitted,

| | |
|---|---|
| /s/ F. Douglas Hartnett (with consent) | /s/ Nancy L. Perkins |
| F. Douglas Hartnett | Nancy L. Perkins |
| D.C. Bar No. 466851 | D.C. Bar No. 421574 |
| ELITOK & HARTNETT, LLC | ARNOLD & PORTER LLP |
| 2428 Wisconsin Ave., N.W. | 555 12th Street, N.W. |
| Washington, D.C. 20007 | Washington, D.C. 20004 |
| (202) 965-0529 | (202) 942-5000 |
| *Counsel for Plaintiff* | *Counsel for Defendant* |
| *Jorge Vila* | *Inter-American Investment Corporation* |

Dated February 21, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JORGE VILA,<br><br>        Plaintiff,<br><br>v.<br><br>INTER-AMERICAN INVESTMENT CORPORATION,<br><br>        Defendant. | Case No. 1:06-CV-02143 (RBW) |

**[PROPOSED] ORDER**

Upon consideration of the Parties' Joint Motion for Extension of Time, it is hereby

**ORDERED**, that the Joint Motion for Extension of Time shall be and hereby is **GRANTED**, and it is further

**ORDERED**, that Plaintiff shall have until March 5, 2007 to file its opposition to Defendant's pending Motion to Dismiss, and Defendant shall have until March 26, 2007, to file its reply.

**SO ORDERED.**


_____
REGGIE B. WALTON
United States District Judge

Dated: _____