# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JORGE VILA, <br>     Plaintiff, <br><br> v. <br><br> INTER-AMERICAN INVESTMENT <br> CORPORATION, <br>     Defendant. | Case No. 1:06-CV-02143 (RBW) |

## CONSENT MOTION FOR EXTENSION OF TIME

COMES NOW Plaintiff, Jorge Vila, to request a short additional extension of time to file his Response to the Pending Motion to Dismiss for Failure to State a Claim. In support thereof, the Plaintiff states the following:

1. Counsel for the parties have in good faith consulted regarding the litigation.

2. Counsel agree that the matter raises complex legal issues.

3. Plaintiff's opposition is currently due on March 5, 2007, and Defendant's reply is currently due on March 26, 2007.

4. Counsel for Plaintiff has been experiencing difficulty communicating with his client, who is currently in Kabul, Afghanistan. Despite their best efforts, and repeated attempts to employ technology to bridge the gap, this geographic separation between Plaintiff and counsel, and between Plaintiff and relevant documents and records currently at his home in England, additional time is necessary to finalize his response to the Motion to Dismiss.

5. Counsel for Defendant was consulted by telephone on March 5, 2007, and

graciously consented to this Motion.

WHEREFORE, Plaintiff hereby respectfully requests that the due date for Plaintiff's opposition be extended to March 12, 2007, and the due date for Defendant's reply be extended to April 9, 2007.

Respectfully submitted,

/s/ F. Douglas Hartnett

F. Douglas Hartnett
D.C. Bar No. 466851
ELITOK & HARTNETT, LLC
2428 Wisconsin Ave., N.W.
Washington, D.C. 20007
(202) 965-0529
*Counsel for Plaintiff Jorge Vila*

Dated March 5, 2007

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JORGE VILA,<br>　　　　Plaintiff,<br><br>　　v.<br><br>INTER-AMERICAN INVESTMENT<br>CORPORATION,<br>　　　　Defendant. | )<br>)<br>)<br>)<br>) Case No. 1:06-CV-02143 (RBW)<br>)<br>)<br>)<br>)<br>) |

### [PROPOSED] ORDER GRANTING CONSENT MOTION TO EXPAND TIME

Having read and considered the Plaintiff's Consent Motion to Expand Time for Response and Reply to the Defendant's Motion to Dismiss, the Court finds that just cause exists for granting the Motion

It is therefore:

ORDERED that Plaintiff shall file his Response to Defendant's Motion to Dismiss no later than March 12, 2007; and

It is further ORDERED the Defendant shall file its Reply to Plaintiff's Response no later than April 9, 2007.

SO ORDERED on this _____ day of March, 2007.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Reggie B. Walton
　　　　　　　　　　　　　　　　　　　　　United States District Court Judge