# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JORGE R. VILA                             )<br>         Plaintiff,              )<br>                                                      )<br>     v.                                     )<br>                                                      )<br>INTER-AMERICAN INVESTMENT  )<br>CORPORATION                             )<br>         Defendant            )<br>_____) | Case No. 1:06-CV-02143 (RBW)<br>(Jury Trial Requested) |

## PLAINTIFF'S MOTION TO ACCEPT RESPONSE OUT OF TIME

Plaintiff files this Motion to Accept Response Out of Time because Undersigned Counsel encountered unexpected delays in uploading documents attached as Exhibits to Plaintiff's Opposition to Defendant's Motion to Dismiss for Failure to State a Claim Upon Which Relief Can Be Granted. In support of this Motion, Plaintiff states the following:

On March 12, at approximately 11:53 pm, Counsel signed on to the Courts Electronic filing system in order to file Plaintiff's Response to Defendant's Motion to Dismiss. Counsel encountered significant delays in uploading the Exhibits attached to the Memorandum of Points and Authorities, which took until approximately 12:20 am, Tuesday, March 12, 2007, some twenty minutes past the filing deadline for the Response.

Counsel sincerely apologizes for this unexpected and unavoidable delay. In light of the complete lack of prejudice to the Defendant's caused by this delay, and the serve

prejudice to Plaintiff that would result from exclusion of the Response, Plaintiff respectfully asks the Court to Accept the Plaintiff's Response in the interest of justice.

                                        Respectfully Submitted,

                                        _____/s/_____

                                        F. Douglas Hartnett
                                        Bar # 466851
                                        Elitok & Hartnett at Law
                                        2428 Wisconsin Avenue, NW
                                        Washington, DC 20007
                                        202-965-0529

March 12, 2007

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JORGE R. VILA )<br>       Plaintiff, )<br>)<br>v. )<br>)<br>INTER-AMERICAN INVESTMENT )<br>CORPORATION )<br>       Defendant )<br>) | Case No. 1:06-CV-02143 (RBW)<br>(Jury Trial Requested) |

## **(Proposed) ORDER**

Having considered Plaintiff's Motion to Accept Response Out of Time, and the reasons therein for granting the Motion, and the entire record in this matter:

it is hereby ORDERED: That the Plaintiff's Motion Is GRANTED; and

it is further ORDERED: That the Plaintiff's Response to Defendant's Motion to Dismiss for Failure to State a Claim Upon Which Relief Can Be Granted, accompanying Memorandum of Points and Authorities in Support thereof and attached Exhibits is accepted into the record in this matter and considered by this Court.

_____
Reggie B. Walton
District Judge