UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JORGE VILA,<br>             Plaintiff,<br><br>   v.<br><br>INTER-AMERICAN INVESTMENT<br>CORPORATION,<br><br>             Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 1:06-CV-02143 (RBW)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION
TO ACCEPT RESPONSE OUT OF TIME**

Defendant hereby responds to Plaintiff's Motion to Accept Response Out of Time.

Defendant does not oppose Plaintiff's motion, due to the particular circumstances Plaintiff has set forth in support of the motion.[1]

Respectfully Submitted,

/Nancy L. Perkins

*Of Counsel:*

Sarah Fandell
Rafael Díaz Loyola
Inter-American Investment Corporation
1300 New York Ave., N.W.
Washington, D.C. 20577
(202) 623-3947

Nancy L. Perkins (D.C. Bar No. 421574)
Jennifer Risen (D.C. Bar No. 486559)
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004
(202) 942-5000

*Counsel for Defendant
Inter-American Investment Corporation*

March 15, 2007

---

[1] Defendant regrets, however, that Plaintiff's counsel did not attempt to contact Defendant's counsel, as required by Local Civil Rule 7(m), prior to filing the motion. Despite the late hour, Defendant's counsel would have been available to confer regarding the motion.