# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JORGE VILA, )<br>　　　　　　　Plaintiff, )<br> )<br>　v. )<br> )<br>INTER-AMERICAN INVESTMENT )<br>CORPORATION, )<br> )<br>　　　　　　　Defendant. )<br> ) | Case No. 1:06-CV-02143 (RBW) |

## CONSENT MOTION FOR EXTENSION OF TIME

COMES NOW Defendant, Inter-American Investment Corporation, and hereby requests that the time period for filing of its reply to Plaintiff's opposition to Defendant's Motion to Dismiss be extended by one week, through April 16, 2007. In support thereof, Defendant states the following:

1. Counsel for the parties have in good faith consulted regarding the litigation.

2. Counsel agree that the matter raises certain complex legal issues.

3. Plaintiff submitted a large quantity of exhibits to his opposition to Defendant's Motion to Dismiss Plaintiff's complaint.

4. Plaintiff agrees that, in light of their consultations on the matter, the large quantity of materials submitted with Plaintiff's opposition brief, and the relative complexity of the issues raised in the litigation, it is appropriate to extend the time for filing of Defendant's reply brief by one week until April 16, 2007.

WHEREFORE Defendant hereby respectfully requests that the due date for its reply be extended by one week to April 16, 2007.

-2-

                    Respectfully Submitted,

March 27, 2007                  /Nancy L. Perkins_____
                                      Nancy L. Perkins (D.C. Bar No. 421574)
                                      Jennifer Risen (D.C. Bar No. 486559)
                                      ARNOLD & PORTER LLP
                                      555 Twelfth Street, N.W.
                                      Washington, D.C.  20004
                                      (202) 942-5000

                                      *Counsel for Defendant*
                                      *Inter-American Investment Corporation*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JORGE VILA,              )<br>           Plaintiff,     )<br>                                )<br>      v.                         )<br>                                )<br> INTER-AMERICAN INVESTMENT  )<br> CORPORATION,          )<br>                                )<br>           Defendant.   )<br>                                ) | Case No. 1:06-CV-02143 (RBW) |

### **[PROPOSED] ORDER**

Upon consideration of Defendant's Consent Motion for Extension of Time, it is hereby

**ORDERED**, that the Consent Motion for Extension of Time shall be and hereby is **GRANTED**, and it is further

**ORDERED**, that Defendant shall have until April 16, 2007, to file its reply.

**SO ORDERED.**

_____
REGGIE B. WALTON
United States District Judge

Dated: _____