UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JORGE VILA,<br><br>    Plaintiff,<br><br>v.<br><br>INTER-AMERICAN INVESTMENT,<br>CORPORATION,<br><br>    Defendant | Civil Action No. 06-2143 (RBW) |

**ORDER**

In accordance with the Memorandum Opinion that accompanies this Order, it is hereby

**ORDERED** that the Defendant's Motion to Dismiss [D.E. #4] is granted in part and denied in part as follows:

    (1) The plaintiff's claim for breach of an implied contract is dismissed with prejudice because the plaintiff has failed to state a claim upon which relief may be granted;

    (2) The plaintiff's claim for defamation is dismissed with prejudice for lack of subject matter jurisdiction;

    (3) The plaintiff's claim for tortious interference with prospective advantage is also dismissed with prejudice for lack of subject matter jurisdiction; and

(4) The defendant's request to dismiss the plaintiff's claim of unjust enrichment is denied.

**SO ORDERED** on this 22nd day of February, 2008.

                                           REGGIE B. WALTON
                                           United States District Judge