## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JORGE VILA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:06-CV-02143 (RBW) |
| | ) | |
| INTER-AMERICAN INVESTMENT | ) | |
| CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## <u>NOTICE OF APPEAL</u>

Notice is hereby given that Defendant Inter-American Investment Corp. ("IIC"), by and through its undersigned counsel, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the order entered by this Court on February 22, 2008 denying the IIC's immunity defense under the International Organizations Immunities Act, 22 U.S.C. §§ 288-288k (2001) ("IOIA").

"Where . . . a defendant raises and the district court rejects immunity as a defense, the defendant enjoys the right of immediate appeal." *Rendall-Speranza v. Nassim*, 107 F.3d 913, 916 (D.C. Cir. 1997); *see also KiSKA Const. Corp-U.S.A. v. Wash. Metro. Area Transit Auth.*, 167 F.3d 608, 610-11 (D.C. Cir. 1999); *Puerto Rico Aqueduct and Sewer Auth. V. Metcalf & Eddy, Inc.*, 506 U.S. 139, 143-45 (1993).

Dated:  March 21, 2008                    Respectfully Submitted,


*Of Counsel:*                             /Nancy L. Perkins_____
                                          Nancy L. Perkins (D.C. Bar No. 421574)
Sarah Fandell                             Jennifer Risen (D.C. Bar No. 486559)
Rafael Díaz Loyola                        ARNOLD & PORTER LLP
Inter-American Investment Corporation     555 Twelfth Street, N.W.
1300 New York Ave., N.W.                  Washington, D.C.  20004
Washington, D.C.  20577                   (202) 942-5000
(202) 623-3947

                                          *Counsel for Defendant*
                                          *Inter-American Investment Corporation*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 21st day of March, 2008, a copy of the

forgoing Notice of Appeal was filed and served by operation of the Court's Electronic

Case Filing system on:

F. Douglas Hartnett
Elitok & Hartness, LLC
2428 Wisconsin Ave., NW
Washington, D.C. 20007
*Attorney for the Plaintiff*

_____ /s/ Nancy L. Perkins _____
Nancy L. Perkins