# United States Court of Appeals
### For The District of Columbia Circuit

**No. 08-7042**  September Term 2007

1:06-cv-02143-RBW

Filed On: March 25, 2008 [1107576]

Jorge Vila,

    Appellee

v.

Inter-American Investment Corporation,

    Appellant

## O R D E R

The notice of appeal was filed on March 21, 2008, and docketed in this court on March 25, 2008. It is, on the court's own motion,

**ORDERED** that appellant submit the following document(s) by the date(s) indicated:

| Document | Date |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | April 24, 2008 |
| Docketing Statement Form | April 24, 2008 |
| Entry of Appearance Form | April 24, 2008 |
| Procedural motions that may affect case calendaring, if any | April 24, 2008 |
| Statement of Intent to Utilize Deferred Joint Appendix | April 24, 2008 |
| Statement of Issues to be Raised | April 24, 2008 |
| Transcript Status Report | April 24, 2008 |
| Underlying Decision from Which Appeal or Petition Arises | April 24, 2008 |
| Dispositive Motions, if any | May 9, 2008 |

It is

# United States Court of Appeals
### For The District of Columbia Circuit

**No. 08-7042**  September Term 2007

**FURTHER ORDERED** that appellee submit the following document(s) by the date(s) indicated:

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | April 24, 2008 |
| Entry of Appearance Form | April 24, 2008 |
| Procedural motions that may affect case calendaring, if any | April 24, 2008 |
| Dispositive Motions, if any | May 9, 2008 |

It is

**FURTHER ORDERED** that appellant submit a transcript status report every 30 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a <u>Final Status Report</u> indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

**FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  /s/
Laura M. Chipley
Deputy Clerk

The following forms and notices are available on the Court's website at
http://www.cadc.uscourts.gov/internet/home.nsf/Content/Forms+in+Orders

<u>Civil Docketing Statement Form</u>
<u>Entry of Appearance Form</u>
<u>Transcript Status Report Form</u>
<u>Request to Enter Appellate Mediation Program</u>
<u>Notice Concerning Expedition of Appeals and Petitions for Review</u>
<u>Stipulation to be Placed in Stand-By Pool of Cases</u>