# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|   |   |   |
|---|---|---|
| JORGE VILA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-02143 (RBW) |
| | ) | |
| INTER-AMERICAN INVESTMENT CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

In accordance with the Court's rulings during the telephone conference held on April 4, 2013, it is hereby

**ORDERED** that the defendant shall produce to the plaintiff any contracts for consulting services or reports created by consultants that contain references to the work allegedly performed by the plaintiff, the value of the type of work allegedly performed by the plaintiff, or the value of an initiative involving the type of work the plaintiff allegedly performed if the defendant had chosen to pursue it. Contracts and reports that do not contain any of these references need not be produced. It is further

**ORDERED** that the defendant shall produce to the plaintiff any information regarding salaries and bonuses paid to employees who perform work for the defendant that is similar to the type of work allegedly performed by the plaintiff. It is further

**ORDERED** that the plaintiff's Unopposed Motion to Expand Time to Complete Discovery is **GRANTED** and discovery shall now close on July 30, 2013. It is further

**ORDERED** that the briefing schedule for dispositive motions is amended as follows: dispositive motions shall be filed on or before September 20, 2013; oppositions to dispositive

2

motions shall be filed on or before October 25, 2013; and replies in support of motions shall be filed on or before November 15, 2013.  It is further

**ORDERED** that the status conference set for November 15, 2013 is continued to a date to be determined by the Clerk.

**SO ORDERED** this 5th day of April, 2013.

REGGIE B. WALTON<br>
United States District Judge